In the Matter of ALBERT J. CHIARAVALLE, Appellant and Respondent, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents and Appellants.

Argued November 18, 1940; decided April 25, 1941.

*Charles Hochberg* for petitioner, appellant and respondent.

*William C. Chanler, Corporation Counsel (David DuVivier* and *Paxton Blair* of counsel), for defendants, respondents and appellants.

Orders reversed and petition granted, with costs to the petitioner in all courts. No opinion. (See *Matter of Cornehl* v. *Kern,* 285 N. Y. 777.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. Taking no part: SEARS, J.